UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the Matter of:
WINFREE, IAN
WINFREE, CHRISTINE

Case No. 09-49723
Chapter 7
Honorable Marci B. McIvor

_____Debtor(s)_____/

CERTIFICATE OF DISTRIBUTION

Now comes K. Jin Lim, Trustee, trustee of the above-named estate, and hereby states the following:

1. That the trustee has fully administered this estate by either liquidating or abandoning all property of the estate.

2. That the trustee has collected $10,811.85, and disbursed $9,204.25, leaving a balance on hand of $1,607.60, which funds are lodged in an account in JPMORGAN CHASE BANK, N.A.;

3. That, of the funds on hand, the following distribution should be made:

Chapter 7 Admin. Expenses

|  |  | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| K. Jin Lim, Trustee | Trustee Compensation p/o 12/30/09 | 401.90 | 100.00 | 401.90 |
|  | Subtotals: | $ 401.90 |  | $ 401.90 |

Priority Claims §507(a)(8) - Tax Claims

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 3P | Internal Revenue Service | 14,925.07 | 8.08 | 1,205.70 |
|  | Subtotals: | $ 14,925.07 |  | $ 1,205.70 |
|  | Priority Subtotals: | $ 14,925.07 |  | $ 1,205.70 |

Unsecured Claims - Timely

| Claim # | Name | Amount Allowed | % Paid | Amount to be Paid |
|---|---|---|---|---|
| 1 | DISCOVER BANK | 3,720.59 | 0.00 | 0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of | 29,259.88 | 0.00 | 0.00 |
| 3U | Internal Revenue Service | 1,080.66 | 0.00 | 0.00 |

| | | | | |
|---|---|---|---|---|
| 4 | Chase Bank USA, N.A. | 6,200.76 | 0.00 | 0.00 |
| 5 | Chase Bank USA, N.A. | 943.83 | 0.00 | 0.00 |
| 6 | Recovery Management Systems Corporation | 861.37 | 0.00 | 0.00 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | 1,013.40 | 0.00 | 0.00 |
| 8 | Recovery Management Systems Corporation | 953.22 | 0.00 | 0.00 |
| 9 | HSBC Bank Nevada, N.A. | 158.18 | 0.00 | 0.00 |
| 10 | FIA CARD SERVICES, NA/BANK OF AMERICA | 12,373.40 | 0.00 | 0.00 |
| 11 | FIA CARD SERVICES, NA/BANK OF AMERICA | 18,088.44 | 0.00 | 0.00 |
| 12 | Sallie Mae | 3,980.55 | 0.00 | 0.00 |
| | Subtotals: | $ 78,634.28 | | $ 0.00 |
| | Unsecured Subtotals: | $ 78,634.28 | | $ 0.00 |
| | Total Paid: | | | $ 1,607.60 |

The undersigned trustee certifies under penalty of perjury that the foregoing is true and correct to the best of her knowledge.

Date: January 4, 2010

/s/ K. Jin Lim
K. Jin Lim, Trustee, Trustee
176 S. Harvey Street
Plymouth, MI 48170
(734) 416-9420